IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TREYVAUGHN SHERIDAN | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 10-3987 |
| MICHAEL CURLEY, ET AL. | : | |

**O R D E R**

**AND NOW**, this  16th  day of  March , 2015, upon consideration of the Report and Recommendation of United States Magistrate Judge M. Faith Angell (ECF No. 19) and Petitioner's Objections thereto (Doc. No. 24), it is **ORDERED** as follows:

1. Petitioner's Objections to the Report and Recommendation are **OVERRULED**;

2. The Report and Recommendation is **APPROVED** and **ADOPTED**;

3. The Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2254 (ECF No. 1), is **DENIED** and **DISMISSED** without an evidentiary hearing; and

4. There is no basis upon which to issue a Certificate of Appealability.

**IT IS SO ORDERED.**

                                                                                          **BY THE COURT:**


                                                                                          _____
                                                                                          **R. BARCLAY SURRICK, J.**